DAVID P. MASTAGNI (SBN 57721)
PHILLIP R. A. MASTAGNI (SBN 238254)
YOON-WOO NAM (SBN 284644)
**MASTAGNI HOLSTEDT, A.P.C.**
1912 "I" Street
Sacramento, CA 95811
Telephone: (916) 446-4692
Facsimile: (916) 447-4614
dmastagni@mastagni.com
phillip@mastagni.com
ynam@mastagni.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUELINA GARCIA, GERARDO GARCIA and CARLOS GARCIA,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TERRA FIRMA FARMS, INC., a corporation, D. CAMPOS, INC., a corporation, EFRAIN SYLVA CRUZ, an individual, and DOE 1 through DOE 100, inclusive,<br><br>　　　　Defendants. | Case No.: 14-cv-00904 JAM-KJN<br><br>STIPULATION AND ORDER TO HOLD VOLUNTARY DISPUTE RESOLUTION PROGRAM SESSION AFTER THE VDRP CUT-OFF<br><br>[L.R. 143] |

　　　　IT IS HEREBY STIPULATED AND AGREED to by and between the parties to the above-referenced action, through their respective counsel, that Plaintiffs MIGUELINA GARCIA, GERARDO GARCIA and CARLOS GARCIA, Defendant TERRA FIRMA FARMS, INC. and EFRAIN SYLVA CRUZ and Defendant D. CAMPOS, INC. will hold the Voluntary Dispute Resolution Program ("VDRP") session on November 7, 2014 at 9:00 a.m. with the Neutral mediator Scott M. Plamondon of Weintraub Tobin Law Corporation, 400 Capitol Mall, Suite 1100, Sacramento, California 95814. Good cause for the foregoing stipulation exists based on the following:

　　　　1.　　Pursuant to Local Rule 271(j)(1), the VDRP session shall be held as soon as

-1-

reasonably possible, but no more than ninety-one (91) days after the Neutral is selected, unless otherwise ordered by the Court.

    2.    Neutral mediator Scott M Plamondon was selected on July 8, 2014.

    3.    Due to the conflicting schedules of the counsel for all parties and/or the Neutral, a joint telephone conference with the Neutral was not held until September 16, 2014. During this conference, the counsel for all parties and the Neutral agreed to hold the VDRP session on November 7, 2014. This was the earliest date that all parties, their counsel and the Neutral could attend the VDRP session.

**IT IS SO STIPULATED**

DATED: October 3, 2014        **MASTAGNI HOLSTEDT, A.P.C.**

By: /s/ Yoon-Woo Nam
    YOON-WOO NAM
    Attorneys for Plaintiffs
    MIGUELINA GARCIA, GERARDO GARCIA
    and CARLOS GARCIA

DATED: October 3, 2014        **BARSAMIAN & MOODY A.P.C.**

By: /s/ Patrick S. Moody
    Patrick S. Moody
    Attorneys for Defendants
    TERRA FIRMA FARMS, INC. and
    EFRAIN SYLVA CRUZ

DATED: October 3, 2014        **FLESHER MCKAGUE LLP**

By: /s/ Erica L. Rosasco
    Erica L. Rosasco
    Attorneys for Defendant
    D. CAMPOS, INC.

**IT IS SO ORDERED.**

DATED:  10/3/2014               /s/ John A. Mendez_____

                                HON. JOHN A. MENDEZ
                                United States District Court Judge

Stipulation and [Proposed] Order to Hold VDRP Session after Cut-off
Case No.: 14-cv-00904 JAM-KJN